**SO ORDERED.**

**SIGNED this 17 day of November, 2009.**



_____
**JANICE MILLER KARLIN**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

In re:

| | | |
|---|---|---|
| LLOYD VERNON VILES AND<br>TAMMY CHARMAINE VILES | ) | Case No. 08-41203-7-JMK |
| Debtor(s) | ) | |
| LLOYD VERNON VILES and<br>TAMMY CHARMAINE VILES | ) | |
| Plaintiffs | ) | |
| vs. | ) | Adversary No. No. 08-07082 |
| PATRICIA HAMILTON,<br>Chapter 7 Trustee, | ) | |
| Defendant | ) | |
| vs. | ) | |
| TLC COURIERS, INC. | ) | |
| Third party Defendant | ) | |

## JOURNAL ENTRY OF DISMISSAL

The above-captioned matter comes on for hearing before the Court. The Plaintiffs, Lloyd Viles and Tammy Viles, appear by and through their attorney, Paul D. Post. The Defendant, Patricia Hamilton, appears in person. The Third Party Defendant, TLC Couriers, Inc., appears by its attorney Frank D. Taff. There are no other appearances.

**WHEREUPON**, the parties advise the Court that they have reached a settlement of this matter, and that the same should be dismissed with prejudice.

**WHEREUPON,** the Court, having received the stipulation of the parties pertaining to dismissal of this adversary case, finds and order that the same should be dismissed with prejudice.

**IT IS SO ORDERED.**

# # #

Prepared by:

*s/ Paul D. Post*
PAUL D. POST
Attorney for Plaintiffs
Sup. Ct. No. 08456
5897 S.W. 29th Street
Topeka, Kansas 66614
(785) 273-1353

Approved by:

*s/ Patricia Hamilton*
PATRICIA HAMILTON
Defendant
Sup. Ct. No. 13263
515 S. Kansas Avenue, Suite 200
Topeka, Kansas 66603
(785) 408-8000

Approved by:


  *s/ Frank D. Taff*
FRANK D. TAFF
Attorney for Third Party Defendant
Sup. Ct. No. 09620
3601 SW 29th Street
Topeka, Kansas 66614
(785) 272-4108

# CERTIFICATE OF NOTICE

```
District/off: 1083-5          User: tkelsey            Page 1 of 1              Date Rcvd: Nov 17, 2009
Case: 08-07082                Form ID: pdf020ap        Total Noticed: 5
```

The following entities were noticed by first class mail on Nov 19, 2009.
```
pla          +Lloyd Vernon Viles,    4324 SW Lincolnshire,    Topeka, KS 66610-1476
3pd          +TLC Couriers, Inc.,    PO Box 302,    Silver Lake, KS 66539-0302
pla          +Tammy Charmaine Viles,    4324 SW Lincolnshire,    Topeka, KS 66610-1476
```

The following entities were noticed by electronic transmission on Nov 17, 2009.
```
ust           +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov                           Joyce Owen,
               Office of US Trustee,    301 N Main Ste 1150,    Wichita, KS 67202-4811
ust           +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov                           U.S. Trustee,
               Office of the United States Trustee,    301 North Main Suite 1150,    Wichita, KS 67202-4811
                                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*          +Lloyd Vernon Viles,    4324 SW Lincolnshire,    Topeka, KS 66610-1476
cd*          +Tammy Charmaine Viles,    4324 SW Lincolnshire,    Topeka, KS 66610-1476
                                                                                           TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2009**                          **Signature:** *Joseph Speetjens*